# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANGELA MOSES**  **PLAINTIFF**

**v.**  **No. 4:22-cv-00611-JM-ERE**

**COMMISIONER OF SOCIAL SECURITY**  **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 16)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 30th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE