IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA MOSES**                                                                                        **PLAINTIFF**

v.                                      No. 4:22-cv-00611-JM-ERE

**COMMISSIONER OF SOCIAL SECURITY**                                          **DEFENDANT**

## ORDER

Pending before the Court are Plaintiff's Motion and Amended Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA") (Doc. Nos. 20, 22). Defendant has responded (Doc. No. 23)

Plaintiff requests $4,533.84 in fees and expenses. Defendant contends that Plaintiff is entitled to fees and expenses of $4,323.29.

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, but Defendant's calculation is the correct one and will be adopted.

Accordingly, Plaintiff's Motion and Amended Motion for Attorney's Fees pursuant to the EAJA are GRANTED IN PART (Doc. Nos. 20, 22). Plaintiff is awarded **$4,323.29** in fees and expenses under the EAJA.[1]

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.

IT IS SO ORDERED this 25th day of April, 2023

_____
UNITED STATES DISTRICT JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.